Air Filter inc
8282 Warren Rd
Houston, TX 77040


AmChar Wholesale
100 Airpark Dr
Rochester, NY 14624


Benchmark Knife Co Inc
300 Beavercreek Rd
Oregon City, OR 97045


Daniva Associates
10 B Minneakoning Rd
Flemington, NJ 08822


Entegration
55 Madison Ave
Morristown, NJ 07960


First Citizens
PO Box 550599
Jacksonville, FL 32255


Fulton Bank
PO Box 6335
Fargo, ND 58125


Iron Valley Supply
101 London Parkway
Birmingham, AL 35211


JCP&L
PO Box 3687
Akron, OH 44309


Johnson Controls
5920 Castleway West Dr
Indianapolis, IN 46250


KDB Imports
601 East Street
Suite 330
Easton, PA 18042

```
Lipseys
7277 Exchequer DR
Baton Rouge, LA 70809


Marco Technology
1310Madrid Street
Marshall, MN 56258


National Funding
4380 La Jolla Village
San Diego, CA 92122


PEAC Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054


Percepture
54 Old Highway
Clinton, NJ 08809


Rauch-Milliken International
PO Box 8390
Metairie, LA 70011


Rise Alliance
22 West 38th street
New York, NY 10038


Robert Armando
18 Boulder field Rd
Califon, NJ 07830


SBA
409 3rd Street SW
Washington, DC 20416


Sports SouthLLC
101 RobertHarris Dr
Shreveport, LA 71115


State of NJ
PO Box 269
Trenton, NJ 08695
```

```
Superant Arms
6 Steeple View Ct
Lambertville, NJ 08530


Unique Funding
4600 Sheridan Street
suite 301A
Hollywood, FL 33021


United Enviro
1 Sentry Lane
Chester, NJ 07930


United First
2999 NE 191St
Unit901
Miami, FL 33130
```

# United States Bankruptcy Court
### District of New Jersey

In re   **Tactical Training CenterLLC**                              Case No.
                                      Debtor(s)                                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tactical Training CenterLLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**October 22, 2025**                                                  **/s/ Andre L. Kydala, Esq.**
Date                                                                              **Andre L. Kydala, Esq. ALK-2393**
                                                                       Signature of Attorney or Litigant
                                                                       Counsel for   **Tactical Training CenterLLC**
                                                                       **Law Firm of Andre L. Kydala**
                                                                       **54 Old Highway 22**
                                                                       **P.O. Box 5537**
                                                                       **Clinton, NJ 08809**
                                                                       **908-735-2616 Fax:908-735-2017**
                                                                       **kydalalaw@aim.com**