11:20 AM
11/14/25
Cash Basis

# Tactical Training Center, LLC
## Balance Sheet
### As of September 30, 2025

| | Sep 30, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1015 · Payroll at Unity Bank, 021210 | 195.17 |
| 1030 · THI Unity Checking #5952 | 88.24 |
| 1050 · ATM Account at Unity Bank, 021 | 15.00 |
| 1060 · New Unity Bank Checking | 9,613.31 |
| **Total Checking/Savings** | 9,911.72 |
| **Other Current Assets** | |
| 1400 · Inventory | 160,977.96 |
| **Total Other Current Assets** | 160,977.96 |
| **Total Current Assets** | 170,889.68 |
| **Fixed Assets** | |
| 1501 · Range Software | 2,980.67 |
| 1502 · Accum. Depr. - Range Software | -2,981.00 |
| 1511 · Furniture | 32,233.69 |
| 1512 · Accum. Depr. - Furniture | -32,234.43 |
| 1521 · Equipment | 23,028.63 |
| 1522 · Accum. Depr. - Equipment | -23,029.03 |
| 1531 · Security System | 39,172.11 |
| 1532 · Accum. Depr. - Security System | -39,172.11 |
| 1541 · Building Materials | 1,254,475.52 |
| 1542 · Accum. Depr. - Building & Imp | -309,134.32 |
| 1550 · Computer Equipment | -0.15 |
| 1551 · Computer Equipment (exp) | 16,794.00 |
| 1552 · Accum. Depr. - Computer Equip | -16,793.68 |
| **Total Fixed Assets** | 945,339.90 |
| **Other Assets** | |
| 1700 · Intangible Assets | |
| 1711 · Startup Costs | 387,807.00 |
| 1721 · Organizational Costs | 39,201.00 |
| 1741 · Marlin Loan Organization Fee | 4,000.00 |
| 1742 · Marlin Loan Origination Fee #2 | 2,000.00 |
| 1743 · Marlin Loan Origination Fee #3 | 2,000.00 |
| 1799 · Accumulated Amortization | -409,036.77 |
| **Total 1700 · Intangible Assets** | 25,971.23 |
| 1805 · Security Deposit | 110,000.00 |
| 1905 · Due from TTC Laser Combat | 190,495.44 |
| 1910 · ATM Exchange Account | 4,040.00 |
| **Total Other Assets** | 330,506.67 |
| **TOTAL ASSETS** | 1,446,736.25 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Credit Card at Elan Financi | 28,819.55 |
| **Total Credit Cards** | 28,819.55 |

11:20 AM
11/14/25
Cash Basis

# Tactical Training Center, LLC
## Balance Sheet
### As of September 30, 2025

|  | Sep 30, 25 |
|---|---|
| **Other Current Liabilities** |  |
| 2180 · Sales Tax Payable | 24,640.75 |
| 2500 · Joan Suk - Loan to TTC | 119,093.82 |
| 2800 · EIDL Loan | 388,893.29 |
| 2900 · Marlin Loan | 70,285.66 |
| 2910 · National Funding Loan | 72,336.30 |
| 2920 · Unique Funding Loan | 123,700.00 |
| 2930 · Vivian Capital | 95,000.00 |
| 2940 · United First Loan | 95,500.00 |
| 2950 · Rise Alliance Loan Consolida... | -65,938.00 |
| **Total Other Current Liabilities** | 923,511.82 |
| **Total Current Liabilities** | 952,331.37 |
| **Total Liabilities** | 952,331.37 |
| **Equity** |  |
| 3001 · Daniel Suk - Partner's Equity | 8,322.60 |
| 3003 · Daniel Suk - Contributions | 40,162.37 |
| 3011 · Joan Suk - Partner's Equity | 8,322.00 |
| 3013 · Joan Suk - Contributions | 311,411.84 |
| 3050 · Transfers from C-Corp Account | 380,000.00 |
| 3105 · Additional Paid in Capital | 2,577,938.70 |
| 3200 · Retained Earnings | -2,527,613.60 |
| Net Income | -304,139.03 |
| **Total Equity** | 494,404.88 |
| **TOTAL LIABILITIES & EQUITY** | 1,446,736.25 |